

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2023

No. 04-22-00495-CV

Olga Lydia **VENEGAS**,
Appellant/ Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz,
Appellees/ Cross-Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

## O R D E R

After this court granted court reporter Judy Mata's first and second requests for extensions of time to file the record, the reporter's record was due on January 3, 2023.

On the twice-extended due date, the court reporter filed a third notification of late record requesting an additional ten days to file the record.

The court reporter's request is GRANTED. The reporter's record is due on January 13, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court